IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PRIORITY RECORDS LLC, ET AL.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>KELLI DEFREESE,<br><br>　　　　Defendant. | Case No. 04-1362-WEB-DWB |

## **DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1.　Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Six Thousand Seven Hundred and Fifty Dollars ($6,750.00).

2.　Defendant shall pay Plaintiffs' costs of suit herein in the amount of Two Hundred and Thirty Dollars ($230.00).

3.　Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Freak On a Leash," on album "Follow the Leader," by artist "Korn" (SR# 263-749);

- "The New Pollution," on album "Odelay," by artist "Beck" (SR# 222-917);

- "Here With Me," on album "No Angel," by artist "Dido" (SR# 289-904);

- "Best Friends," on album "Supa Dupa Fly," by artist "Missy Elliot" (SR# 245-232);

- "What's Your Fantasy (Remix)," on album "Back For the First Time," by artist "Ludacris" (SR# 289-433);

- "Daddy," on album "Pieces of You," by artist "Jewel" (SR# 198-481);

- "Father Figure," on album "Faith," by artist "George Michael" (SR# 92-432);

- "Caught Out There," on album "Kaleidoscope," by artist "Kelis" (SR# 277-087);

- "I'd Rather Fuck You," on album "Efil4zaggin'," by artist "NWA" (SR# 137-627);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED this 18th day of August, 2005 at Wichita, Kansas.

s/ Wesley E. Brown
Hon. Wesley E. Brown
Judge of the District Court

Prepared by:

**BRYAN CAVE LLP**

By: /s/ James D. Lawrence
Lynn S. McCreary,  KS #16658
James D. Lawrence, D. Kan. #77796
1200 Main Street, Suite 3500
Kansas City, MO 64105
(816) 374-3200 telephone
(816) 374-3300 facsimile

ATTORNEYS FOR PLAINTIFFS